Matter of Hartung v Long (2024 NY Slip Op 05663)

Matter of Hartung v Long

2024 NY Slip Op 05663

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, GREENWOOD, AND HANNAH, JJ.

600 CAF 23-01241

[*1]IN THE MATTER OF THOMAS I. HARTUNG, JR., PETITIONER-RESPONDENT,
v
AMANDA C. LONG, RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENT-APPELLANT.
KELIANN M. ARGY, ORCHARD PARK, FOR PETITIONER-RESPONDENT. 
LYDIA V. EVANS, FREDONIA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Chautauqua County (Michael J. Sullivan, J.), entered February 22, 2023, in a proceeding pursuant to Family Court Act article 8. The order, among other things, ordered respondent to stay away from petitioner and the subject child. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Long v Hartung ([appeal No. 2] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court